# UNITED STATES DISTRICT COURT

## Middle District of Alabama

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| CAROL ANN MICHIELS | Case No.  1:06cr170-WHA-08 |
| | USM No.  11992-002 |
| | LaRonda R. Martin |
| | Defendant's Attorney |

**THE DEFENDANT:**

✔ admitted guilt to violation of condition(s)  __1-3 of the amended petition__  of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to participate in an approved program for substance abuse | 4/9/12 |
| 2 | Failure to refrain from unlawful use of a controlled substance | 4/10/12 |
| 3 | Failure to refrain from unlawful use of a controlled substance | 5/8/12 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  4900

Defendant's Year of Birth:  1980

City and State of Defendant's Residence:
Chancellor, AL

May 24, 2012
Date of Imposition of Judgment

/s/ W. Harold Albritton
Signature of Judge

W. Harold Albritton, Senior U. S. District Judge
Name and Title of Judge

May 24, 2012
Date

DEFENDANT: CAROL ANN MICHIELS
CASE NUMBER: 1:06cr170-WHA-08

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of:

**6 months, with no supervision to follow.**
It is ORDERED that the term of supervised release imposed on April 17, 2007, is REVOKED. The court has taken into consideration the policy statements in Chapter 7 of the Guidelines Manual, the guideline range, and all relevant information in imposing the sentence at 6 months.

✔ The court makes the following recommendations to the Bureau of Prisons:

The court recommends that the Defendant be designated to a facility where drug counseling is available.

✔ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____.

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____.

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL